1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TRACEY SINGLETON, | Case No. 5:19-cv-02372-MAA |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order filed herewith, it is adjudged that this matter is remanded to the Acting Commissioner of Social Security for further proceedings.

DATED:  June 14, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE